■ OTTO POLLAK, Respondent, v. JUAN NEGRIN, JR., Appellant.— Order granting plaintiff's motion to vacate the dismissal of this action unanimously reversed, on the facts and in the exercise of discretion, with $20 costs and disbursements to the appellant, and the motion denied, with $10 costs. There has been insufficient excuse presented for the delay in this case. (Gallagher v. Clafington, Inc., 7 A D 2d 627.) Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT PANNONE, Appellant.— Judgment modified in the exercise of discretion, to make the third consecutive sentence run concurrently instead of consecutively with the second consecutive sentence imposed; and, as so modified, the judgment is affirmed. The sentence imposed, on the record and on the probation report, was excessive. Concur — Botein, P. J., Breitel, Rabin and Stevens, JJ.; McNally, J., dissents and votes to affirm.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH GOLDBERG, Also Known as JOSEPH MILLER.— Motion granted insofar as to permit the appeals to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before September 8, 1959, with notice of argument for the October 1959 Term of this court, said appeals to be argued or submitted when reached. Miss Florence M. Kelley of 100 Centre Street, New York, New York is assigned as counsel for the appellant for the purposes of the appeal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ INGVAR ROBERG et al., Partners Doing Business as R. & N. CONSTRUCTION CO. v. EVYAN, INC., et al.— Motion dismissed, having become academic by virtue of the decision of this court in Roberg v. Evyan, Inc. (8 A D 2d 607). Concur — Breitel, J. P., Rabin, Valente, Stevens and Bergan, JJ.

■ SARAH SILVER et al., v. PARKDALE BAKE SHOP, INC., et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of ALLAN ELGIN et al., against CHARLES H. SILVER, as President, et al.— Motion granted insofar as to permit movant, Association for the Help of Retarded Children, Inc., to file a brief amicus curiæ on the argument or submission of the appeal. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. HARRY LANZA.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

# (April 23, 1959)

■ DRUG RESEARCH CORPORATION v. CURTIS PUBLISHING COMPANY et al.— Motion for leave to reargue denied but motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and McNally, JJ.